UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEROY GARDNER, )<br>    *Plaintiff*, )<br>)<br>v. )<br>)<br>ARLENE JAMES in her individual )<br>Capacity as a Professor at )<br>Quinsigamond Community College )<br>    *Defendant*. )<br>) | Civil Action No. 1:22-cv-40107-GAO |

PLAINTIFF'S STATUS REPORT

On March 11, 2024, the Court requested that the Plaintiff file a status report regarding the status of the Plaintiff's case against Defendant, Ms. Arlene James. The Plaintiff, through the undersigned counsel, has communicated with the Defendant, Ms. Arlene James, as requested by the Court. Plaintiff's Counsel has also communicated with the Plaintiff about the status of the case and substance of the March 11, 2024 hearing, and submits the following.

The Plaintiff, Leroy Gardner, is requesting an additional thirty (30) days to do one of the following:

a. Hire new lawyers to represent him in the instant matter and/ or offer him a second opinion; or

b. File a stipulation of dismissal.

On or before April 24, 2024, the Plaintiff will either file notices of withdrawal for Attorneys John Martin and Jeffrey Falvey and file a notice of appearance of a new lawyer, proceed pro se, or file a stipulation of dismissal of all claims against Ms. James.

Respectfully submitted,

The Plaintiff, Leroy Gardner,

By his attorneys,

/s/ Jeffrey E. Falvey
John T. Martin (BBO #676344)
Jeffrey E. Falvey (BB) #698891)
KECHES LAW GROUP, P.C.
100 Front Street, Suite 2010
Worcester, MA 01608
(T) (508)593-3999
jmartin@kecheslaw.com
jfalvey@kecheslaw.com

CERTIFICATE OF SERVICE

I, Jeffrey E. Falvey, counsel for the Plaintiff, hereby certify that I caused a copy of the Plaintiff's Status Report to be served upon the Defendant via e-mail at the following email address:

Ms. Arlene James
Asnorm52@yahoo.com

/s/ Jeffrey E. Falvey
Jeffrey E. Falvey